**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>M.S.I. HOLDINGS, LLC and DAVID TAPALIAN,<br>Defendant. | : | Case No.: CA 08-217 ML |

**<u>PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Commonwealth Land Title Insurance Company states that it is a wholly owned subsidiary of LandAmerica Financial Group, Inc., which is a publicly held corporation.

Dated: June 2, 2008
Providence, Rhode Island

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,
By its Attorneys,

/s/ *Geoffrey W. Millsom*

Stanley J. Kanter (#0440)
Geoffrey W. Millsom (#6483)
James A. Hall (#6167)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
gmillsom@apslaw.com