**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, Plaintiff, | : | Case No.: 08-cv-217 |
| vs. | : | |
| M.S.I. HOLDINGS, LLC and DAVID TAPALIAN, Defendant. | : | |

**ENTRY OF APPEARANCE**

I, James A. Hall, hereby enter my appearance on behalf of the Plaintiff, Commonwealth Land Title Insurance Company.

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,
By its Attorneys,

/s/ James A. Hall

James A. Hall (#6167)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Date: June 3, 2008
jhall@apslaw.com

*456481_1.doc*