**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

Plaintiff,

vs.

M.S.I. HOLDINGS, LLC and DAVID TAPALIAN,

Defendant.

Case No.: 08-217 ML

**ASSENTED TO MOTION OF COMMONWEALTH**
**LAND TITLE INSURANCE COMPANY FOR CONTINUANCE**

Commonwealth Land Title Insurance Company ("Commonwealth") moves for a continuance of the hearing on the Motion to Dismiss filed by David Tapalian ("Tapalian"). The hearing is presently scheduled for 10:00 a.m. on July 23, 2008. Counsel for Commonwealth is unavailable on that date as a result of out-of-state travel in connection with another matter presently pending before Judge Smith. Commonwealth is advised that the Court may be available to hear the motion on August 1, 2008 and requests that the motion be rescheduled for that date, if it is indeed available. Counsel for Commonwealth has conferred with counsel for Defendants and is advised that Defendants do not object to the continuance and are amenable to rescheduling the hearing on August 1, 2008.

Dated: Providence, Rhode Island
July 14, 2008

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,
By its Attorneys,

/s/ Geoffrey W. Millsom

Geoffrey W. Millsom (#6483)
James A. Hall (#6167)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Reply To Memorandum in Support of Commonwealth's Motion for Continuance through the ECF system on the 14th day of July, 2008, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No.: 08-217 ML

/s/ Geoffrey W. Millsom