UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY
Plaintiff

vs. C.A. No. 08-217 ML

M.S.I. HOLDINGS, LLC and
DAVID TAPALIAN
Defendants

**ENTRY OF APPEARANCE OF CO-COUNSEL**

In the above-entitled matter, it may be entered that Paul R. Crowell, Esq., hereby enters his appearance on behalf of the defendants, M.S.I. Holdings, LLC, and David Tapalian. John B. Reilly, Esq., continues his appearance on behalf of the defendants, M.S.I. Holdings, LLC, and David Tapalian.

Defendants,
By their attorneys,

/s/ Paul R. Crowell

Paul R. Crowell, Esq. (#6904)
John B. Reilly, Esq. (#1811)
John Reilly & Associates
100 North Main Street, 4th Floor
Providence, Rhode Island 02903
Tel.: (401) 272-2800
Fax: (401) 272-2811

**CERTIFICATION**

It is hereby certified that on the 15th day of July, 2008, a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record will receive notice of the filing of this document electronically from the United States District Court for the District of Rhode Island:

Geoffrey W. Millsom, Esq.
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, R.I. 02903-2443
gmillsom@apslaw.com

James A. Hall, Esq.
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, R.I. 02903-2443
jhall@apslaw.com

It is also hereby certified that a true copy of the within will be sent by first-class mail, postage prepaid on this 15th day of July, 2008 to the following counsel of record:

Stanley J. Kanter, Esq.
ADLER, POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, R.I. 02903-2443

____/s/ Paul R. Crowell________