# EXHIBIT "C"

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

**VIA HAND DELIVERY**

June 2, 2008

**VIA REGISTERED MAIL**

David C. Tapalian, Esq.
M.S.I. Holdings, LLC
P.O. Box 6684
Providence, RI 02904

**Re: Commonwealth Land Title Insurance Company – Lease of 100-110 North Main Street, Providence, RI**

Dear Mr. Tapalian:

This office represents Commonwealth Land Title Insurance Company ("Commonwealth"). As you are likely aware, Commonwealth vacated the second floor of 100-110 North Main Street in Providence (the "Premises") on Saturday, May 31, 2008. Commonwealth had occupied the Premises pursuant to an agreement dated September 27, 2006 with M.S.I. Holdings, Inc. ("M.S.I.") (the "Lease").

Commonwealth has been forced to vacate the Premises because they are fundamentally inconsistent with M.S.I.'s repeated representations prior to entering the lease that the Premises would be "Class A" office space, and because the Premises are not suitable for the purpose that for which they were intended and leased. Commonwealth has further determined that M.S.I. is either unable or unwilling to expend the time, energy and/or resources necessary to make the Premises "Class A" office space as you represented. In addition, M.S.I. repeatedly has failed to cure its significant defaults under the lease after notice thereof.

Contemporaneous with the delivery of this letter, Commonwealth is filing a complaint in the United States District Court for the District of Rhode Island seeking declaratory and monetary relief against both you and M.S.I. for fraudulent inducement, breach of contract, constructive eviction and several other equitable and legal claims. I have enclosed a copy of the Complaint for your information. We expect to formally effectuate service shortly, unless you are willing to waive service pursuant to Rule 4 and accept service personally and on behalf of M.S.I. Please let me know whether or not you are amenable to this.

Although Commonwealth contends that the Lease is void, invalid and unenforceable by virtue of the fraudulent inducement and misrepresentations that preceeded its execution and the myriad material breaches of M.S.I. Holdings, Inc.'s obligation under the Lease, please be advised that, by this letter, Commonwealth is also formally terminating the Lease pursuant to paragraph 12(b).

STATE CAPITAL
GLOBAL LAW FIRM GROUP

Member firms of the State Capital Global Law Firm Group practice independently and not in a relationship for the joint practice of law.

ADLER POLLOCK & SHEEHAN P.C.



Based solely on the terms of the Lease, be it in any way enforceable, the termination is justified by virtue of the fact that M.S.I. has failed to perform many of its material obligations under the Lease and Commonwealth is unable to correct or remedy the situation at its own expense largely because the conditions, circumstances and issues from which a significant number of M.S.I.'s failed obligations emanate, are wholly outside Commonwealth's control and/or ability to address. These conditions include, but are not limited to: M.S.I.'s failure to provide adequate HVAC systems; M.S.I.'s failure to maintain the exterior of the Premises and the building in a weather tight condition; M.S.I.'s failure to perform work on the building containing the Premises in a manner that does not disturb Commonwealth; M.S.I.'s failure to provide "Class A" office space; M.S.I.'s failure to provide a rodent-free environment; M.S.I.'s failure to maintain the building in a manner that provides for a safe ingress and egress to the Premises; and various other breaches of material obligations of M.S.I. both under the express terms of the Lease and the implied covenant of good faith and fair dealing.

Very truly yours,

GEOFFREY W. MILLSOM
GWM:sjt

Enclosure

cc: David C. Tapalian, Esq. (via hand delivery)

*456110_1.doc*