# EXHIBIT "D"

RI SOS Filing Number: 200700794500 Date: 09/10/2007 4:00 PM

State of Rhode Island
and Providence Plantations
*Office of the Secretary of State*

**A. Ralph Mollis,** *Secretary of State*
*Corporations Division*
*148 W. River Street*
*Providence, RI 02904-2615*
*401.222.3040*

# LIMITED LIABILITY COMPANY ANNUAL REPORT FOR THE YEAR 2007

**Filing Period:** September 1 - November 1 • **Filing Fee:** $50.00

*In accordance with R.I.G.L. 7-16-66 (d), each limited liability company failing or refusing to file its annual report within thirty (30) days after the time prescribed by law (R.I.G.L. 7-16-66 (b&c)) is subject to a penalty fee of $25.00.*

| | |
|---|---|
| *1. ID No* 123854 | *2. Exact name of the limited liability company* MSI HOLDINGS, LLC. |
| *3. State of Formation* RHODE ISLAND | *4. Brief description of the character of the business which is actually conducted in Rhode Island* OWNERSHIP OF REAL PROPERTY |

| *5. Principal office address* | *City* | *State* | *Zip* |
|---|---|---|---|
| 128 DORRANCE ST Suite 600 | PROVIDENCE | RI | 02903 |

**6. MAILING ADDRESS OF LIMITED LIABILITY COMPANY AND NAME OR TITLE OF CONTACT PERSON:**

| *Contact Name* | *Contact Title* | | |
|---|---|---|---|
| DAVID C. TAPALIAN | LAWYER | | |
| *Street Address* | *City* | *State* | *Zip* |
| 128 DORRANCE ST Suite 600 | PROVIDENCE | RI | 02903 |

**7. NAME AND ADDRESS OF EACH MANAGER OF THE LIMITED LIABILITY COMPANY, IF APPLICABLE - DO NOT LIST MEMBERS**
**FILL IN SPACES BEFORE USING ATTACHMENTS** ("X" BOX FOR ATTACHMENT) ☐

| *Manager Name* | | | *Manager Name* | | |
|---|---|---|---|---|---|
| *Street Address* | | | *Street Address* | | |
| *City* | *State* | *Zip* | *City* | *State* | *Zip* |
| *Manager Name* | | | *Manager Name* | | |
| *Street Address* | | | *Street Address* | | |
| *City* | *State* | *Zip* | *City* | *State* | *Zip* |

**8. RESIDENT AGENT IN RHODE ISLAND - DO NOT ALTER - Changes require filing of Form 642 - R.I.G.L. 7-16-11**

| *Agent Name* | *Address* | |
|---|---|---|
| DAVID C. TAPALIAN, ESQ. | | |
| *Address* 128 DORRANCE STREET, SUITE ~~400~~ | *City* PROVIDENCE | *Zip* 02903- |

*This report must be executed by an authorized person pursuant to R.I.G.L. 7-16-66 (b).*

| | |
|---|---|
| File Date | 9/10 |
| Check No. | 2896 |
| By: | MK |

13808-16-182782
FOR SECRETARY OF STATE USE ONLY

Under penalty of perjury, I declare and affirm that I have examined this report, including any accompanying schedules and statements, and that all statements contained herein are true and correct.

[signature] 9/4/07
*Signature of Authorized Person* *Date*

H. Charles Tapalian
*Print or Type Name of Authorized Person*