UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COMMONWEALTH LAND TITLE
INSURANCE COMPANY

v.   C.A. 08-217ML

M.S.I. HOLDINGS, LLC. And
DAVID TAPALIAN

### ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 19, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendant's Motion to Dismiss is DENIED.

BY ORDER:

_/s/ Mary M. Lisi_

Mary M. Lisi
Chief U.S. District Judge
October 21, 2008

Entered as an Order of this Court on October 21, 2008

_/s/ Barbara Barletta_
Deputy Clerk